PER CURIAM.
Affirmed. Hanover Realty Corp. v. Codomo, 95 So.2d 420 (Fla.1957); Farrar v. Investors Realty Services, Inc., 448 So.2d 1182 (Fla. 4th DCA 1984); Harding Realty, Inc., v. Turnberry Towers Corporation, 436 So.2d 983 (Fla. 3d DCA 1983); Skinner v. Haugseth, 426 So.2d 1127 (Fla. 2d DCA 1983); Hartman Services, Inc., v. Southeast First National Bank of Miami, 399 So.2d 404, (Fla. 3d DCA 1981); Dimension Four International, Ltd. v. Huskey Realty, 325 So.2d 34 (Fla. 4th DCA 1975); Innkeeper International, Inc. v. McCoy Motels, Ltd., 324 So.2d 676 (Fla. 4th DCA 1975); Warter v. Bancroft Hotel Associates, 285 So.2d 676 (Fla. 3d DCA 1973); Kochan v. American Fire and Casualty Company, 200 So.2d 213 (Fla. 2d DCA 1967).